**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Marlene Ziya,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Global Linguistic Solution, et al.,<br><br>　　　　Defendants. | No. CV-10-2021-PHX-DGC<br><br>**ORDER** |

The Court previously entered an order dismissing Plaintiff's complaint for lack of subject matter jurisdiction, but allowing Plaintiff to file an amended complaint by November 5, 2010. Doc. 9. When Plaintiff did not file an amended complaint by that date, the Clerk entered judgment terminating this action. Doc. 10. Plaintiff then filed a "hearing motion to vacate all orders" (Doc. 11), which the Court construed as a request for reconsideration. Because Plaintiff is proceeding pro se, the Court afforded her one more opportunity to amend. Doc. 12. Plaintiff was given until December 17, 2010 to file an amended complaint.

Plaintiff has filed a motion to extend that deadline. Doc. 13. She asserts that when she received a copy of the Court's recent order in the mail, she had only a few days to prepare an amended complaint. *Id.* She further states that she would like to discuss this matter with an attorney before filing an amended complaint. She requests an extension of a few weeks after the holidays. *Id.*

In the interests of justice, the Court will grant Plaintiff's motion. Plaintiff shall have

until **January 21, 2011** to file an amended complaint. She should consider the directions included in the Court's previous order dated October 18, 2010 (Doc. 9) in drafting her amended complaint.

**IT IS ORDERED:**

1. Plaintiff's motion for an extension of time to file amended complaint (Doc. 13) is **granted**.

2. Plaintiff shall file an amended complaint on or before **January 21, 2011**. **Plaintiff is advised that the Court will not extend this deadline absent truly extraordinary circumstances.**

3. The Clerk is again directed to **dismiss** this action without further notice if Plaintiff fails to meet the January 21, 2011 deadline for filing an amended complaint.

4. In light of this order and the order dated November 30, 2010 (Doc. 12), the judgment entered on November 10, 2010 (Doc. 10) is **vacated**.

DATED this 22nd day of December, 2010.

_David G. Campbell_
David G. Campbell
United States District Judge