**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Marlene Ziya, | No. CV-10-2021-PHX-DGC |
| Plaintiff, | **ORDER** |
| vs. |  |
| Global Linguistic Solution, et al., |  |
| Defendants. |  |

Pending before the Court is Plaintiff's motion for extension of time (Doc. 20).

**IT IS ORDERED** that Plaintiff's motion for extension of time (Doc. 20) is **granted** as set forth below. The Court will grant Plaintiff one additional extension of 60 days to serve her complaint. **Plaintiff is advised that the Court will not grant additional extensions.** This case has been pending almost one year. Plaintiff has repeatedly failed to comply with the Court orders of sought extensions of time. If Plaintiff does not complete service on or before **October 11, 2011**, her case will be dismissed with respect to any unserved Defendant.

DATED this 10th day of August, 2011.

*David G. Campbell*
David G. Campbell
United States District Judge